In the Matter of the Judicial Settlement of the Accounts of FREDERICK W. FLETCHER, as Executor, etc., of JOHANNA AHERN, Deceased, Appellant.

MARGARET KANE FALLON, Respondent.   Order of the Surrogate's Court of Nassau county affirmed, with ten dollars costs and disbursements.   No opinion.   Mills, Putnam, Kelly and Jaycox, JJ., concurred; Jenks, P. J., not voting.